**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Terrell Scott Young,

Plaintiff

v.

Alicia Faye Young,

Defendants

Case No.: 2:26-cv-02711-JAD-MDC

**Order Dismissing Divorce Complaint as Improperly Filed in Federal Court**

[ECF No. 1, 1-1]

Terrell Scott Young filed a "complaint for divorce" on a state-court form, along with an application to proceed in forma pauperis (also on a state-court form) to initiate this action.[1] Divorce proceedings take place in state court, not in this federal court.[2] Because this action was filed in the wrong court, I dismiss it without prejudice to Young's ability to refile it in state court. **The Clerk of Court is thus directed to DISMISS the complaint and CLOSE THIS CASE**. Young's application to proceed in forma pauperis **[ECF No. 1] is DENIED as moot.**

U.S. District Judge Jennifer A. Dorsey
August 27, 2026

[1] ECF No. 1, 1-1.

[2] *See* Nev. Rev. Stat. § 125.020 ("Divorce from the bonds of matrimony may be obtained for the causes . . . by verified complaint to the district court of any county . . . .").